

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00353-CR

Jose Angel **HERNANDEZ-MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 164728
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 31, 2018.

_____
Luz Elena D. Chapa, Justice